# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Luis Barria

                V.

B East, LLC doing business as
Brighton Place East; Eretz Be Properties, LLC;
DOES, 1 through 10, Inclusive

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    09cv2777-DMS-BLM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court denies the Motion to Substitute Martha Barria as Plaintiff in place of Luis Barria. This matter is dismissed without prejudice for lack of subject-matter jurisdiction.

| June 17, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON June 17, 2010 |